■ In the Matter of JOHN B. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHAWN B., SR., Appellant. [944 NYS2d 713]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered February 7, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, terminated respondent's parental rights and transferred custody and guardianship of the subject children to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Lindley and Martoche, JJ.